DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
CHANEL ANN BLUE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHANEL ANN BLUE,<br><br>　　　　　Defendant.<br>_____ | NO. CR.S-09-308-JAM<br><br>**STIPULATION AND ORDER;**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date: August 3, 2010<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAMIL SKIPPER, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for CHANEL ANN BLUE, that the status conference hearing date of July 13, 2010 be vacated, and the matter be set for status conference on August 3, 2010 at 9:30 a.m.

　　　The reason for this continuance is that defense counsel has been unexpectedly out of the jurisdiction due to a family medical emergency, and between June 20 and July 6, was in Sacramento and her office only two days. The parties are <u>very</u> close to resolving the case by entry of plea. However, in light of  defense counsel's unexpected and unforeseen absence, the intricacies of the case and Ms. Blue's

incarceration in Nevada City Jail (three and a half hours of round-trip travel, not counting actual time spent with the defendant, which is consistently over two and a half hours), the parties agree on a final continuance and expect that the defendant will enter a guilty plea on or before August 3, 2010.  This continuance will allow the parties to consider the defendant's upcoming counteroffer, to edit the plea agreement, and will allow defense counsel sufficient time to travel to Nevada City to consult with the defendant.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including August 3, 2010 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: July 12, 2010.                    Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Public Defender


                                         /s/ Caro Marks
                                         CARO MARKS
                                         Designated Counsel for Service
                                         Attorney for Chanel Ann Blue


DATED: July 12, 2010.                    BENJAMIN WAGNER
                                         United States Attorney


                                         /s/ Caro Marks for
                                         CAMIL SKIPPER
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

ORDER

2

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the July 13, 2010, status conference hearing be continued to August 3, 2010, at 9:30 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the August 3, 2010 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare and to enable continuity of counsel..

Dated: July 12, 2010

                                                /s/ John A. Mendez
                                                JOHN A. MENDEZ
                                                United States District Judge