```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  CAMIL A. SKIPPER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2709
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:09-CR-308-JAM |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON** |
| v. | ) | |
| CHANEL ANN BLUE, | ) | DATE: September 7, 2010 |
| Defendant. | ) | TIME: 9:30 A.M. |
| | ) | COURT: Judge Mendez |

IT IS HEREBY STIPULATED AND AGREED between the defendant, CHANEL ANN BLUE, and the United States, through their respective counsel, that the status conference presently set for August 3, 2010, should be continued to September 7, 2010 at 9:30 A.M.

On July 12, 2010, the Court granted the parties a continuance to August 3, 2010, in the expectation that the next hearing would be for the defendant's change of plea. Unfortunately, due to the continuing family medical emergency defense counsel referenced in the last stipulation, the parties have been unable to finalize a plea agreement. As of the date of this filing, the parties anticipate finalizing a plea agreement shortly; however, the defendant's placement in the Nevada City Jail complicates defense efforts to

1

prepare and will necessitate further delay to prepare the defendant for a change of plea hearing.

For these reasons, the parties believe a continuance of the status conference to September 7, 2010, would be appropriate. The parties also agree that time should be excluded pursuant to Local Code T4.

On July 22, 2010, Caro Marks gave Camil Skipper permission to affix her printed signature to this stipulation.

Date: July 22, 2010                      Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         Acting United States Attorney


                                     By: /S/ Camil A. Skipper
                                         CAMIL A. SKIPPER
                                         Assistant U.S. Attorney


Date: July 22, 2010          _____   By: /s/ Caro Marks
                                         CARO MARKS
                                         Attorney for defendant


**ORDER**

1.  A further status conference is set for September 7, 2010, at 9:30 A.M.

2.  Based upon the representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under

2

1  the Speedy Trial Act shall be excluded through September 7, 2010, to
2  allow reasonable time to prepare pursuant to Local Code T4.
3      IT IS SO ORDERED.
4  Date: July 22, 2010
                                    /s/ John A. Mendez_____
5                                   JOHN A. MENDEZ
                                    United States District Judge