DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
CHANEL ANN BLUE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>CHANEL ANN BLUE,<br><br>            Defendant.<br>_____ | NO. CR.S-09-308-JAM<br><br>**STIPULATION AND ORDER;TO CONTINUING STATUS CONFERENCE AND SET FOR ENTRY OF PLEA**<br><br>Date: September 14, 2010<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAMIL SKIPPER, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for CHANEL ANN BLUE, that the status conference hearing date of September 7, 2010 be vacated, and the matter be set for entry of plea on September 14, 2010 at 9:30 a.m.

   The reason for this continuance is that counsel continue to negotiate a resolution, including disposition of specific guidelines adjustments related to amount of loss.  A week-long continuance will give the parties time to complete the plea agreement (the defense has made a counter proposal regarding amount of loss), and will give defense counsel time to travel to Nevada City Jail, review the plea

agreement with the defendant, and prepare her for entry of plea.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including September 14, 2010 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: September 3, 2010.                    Respectfully submitted,

                                             DANIEL J. BRODERICK
                                             Federal Public Defender


                                             /s/ Caro Marks
                                             CARO MARKS
                                             Designated Counsel for Service
                                             Attorney for Chanel Ann Blue

DATED: September 3, 2010.                    BENJAMIN WAGNER
                                             United States Attorney


                                             /s/ Caro Marks for
                                             CAMIL SKIPPER
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff


                                  ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the September 7, 2010, status conference hearing be continued to September 14, 2010, at 9:30 a.m., at which time the parties anticipate the defendant will enter her guilty plea. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for

effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the September 14, 2010 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare and to enable continuity of counsel.

Dated: 9/3/10

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge